# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REDSTONE M&A GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:18-cv-03659-AT |
| ) | |
| LASALLE CAPITAL GROUP II-A, L.P., ) | |
| and LASALLE CAPITAL GROUP ) | |
| PARTNERS II-A, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF TECHNICAL DIFFICULTIES

Please take notice that Plaintiff was unable to file the attached Response to Defendants' Post-Trial Submission in a timely manner due to technical difficulties. The deadline for filing this document was March 16, 2022. Below are the reasons I was unable to file the document in a timely manner, and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so:

1. An employee with my firm attempted to electronically file the Response on the Court's electronic filing system shortly after 9:30 p.m.

#3347717v1

on March 16, 2022. She could not access the system and continued trying to do so until approximately 11:56 p.m.

2. During this time period, four other employees with my firm in different locations, including one in the IT department, as well as counsel of record in this case, attempted to access the system to file the Response before the deadline but were unsuccessful.

3. At 10:46 p.m., I emailed the Court's Courtroom Deputy (Harry Martin), Law Clerk (Gavin Palmer), and Defendants' counsel to notify them of these technical difficulties and provided them with a copy of the Response, attached hereto as Exhibit A, before the March 16, 2022, deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669
carter@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309

*Attorney for Plaintiff*

- 1 -

#3347717v1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that this document complies with the font and point selections set forth in Local Rule 5.1.  This document was prepared in Times New Roman 14-point font.

>*/s/ Jason J. Carter*
>Jason J. Carter
>Georgia Bar No. 141669

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2022, a copy of the foregoing **DECLARATION OF TECHNICAL DIFFICULTIES** was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will automatically serve all counsel of record.

*/s/ Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669

- 3 -

#3347717v1