# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-03659-AT
## Redstone M&A Group, LLC v. La Salle Capital Group II-A, L.P. et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 04/29/2022.

TIME COURT COMMENCED: 02:30 P.M.
TIME COURT CONCLUDED: 02:55 P.M.   COURT REPORTER: Denise Stewart
TIME IN COURT: 00:25   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Tyler Richards representing LaSalle Capital Group II-A, L.P. <br> Eliza Taylor representing Redstone M&A Group, LLC |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [196]Motion to Redact Transcript DENIED |
| MINUTE TEXT: | Teleconference re [196] Motion to Redact Transcript. |
| HEARING STATUS: | Hearing Concluded |